UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S<span/>NAPOLOGY J<span/>EWELRY, LLC, )
      Plaintiff, )
) No. 1:16-cv-1036
-v- )
) HONORABLE PAUL L. MALONEY
LDC, I<span/>NC., )
      Defendant. )
_____ )

## JUDGMENT

In accordance with the order entered on this date (ECF No. 23), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters. The claims contained in the amended complaint are dismissed without prejudice.

**IT IS SO ORDERED**.

Date: May 4, 2017            /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge